IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JOHNNIE MCCALL** | CASE NO. 3:10-CV-00063 |
| Plaintiff, | **CHIEF JUDGE JAMES G. CARR** |
| v. | |
| **OLUFEMI HUNDOGAN, ET. AL.** | <u>NOTICE OF APPEARANCE</u> |
| Defendants. | |

Charles R. Hall, Jr. appears for the Plaintiff, Johnnie McCall, in the above-entitled action, and hereby requests that copies of all papers in this action be served on him at his office:

> 193 South Washington Street
> Tiffin, Ohio 44883

> Respectfully submitted,
> /s/ Charles R. Hall, Jr.
> Charles R. Hall, Jr., #0075925
> Attorney-at-Law
> 193 South Washington Street
> Tiffin, Ohio 44883
> Ph: (419) 443-9711
> Fax: (419) 443-9712
> Counsel for Plaintiff
> Johnnie McCall

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was duly served upon the following by regular U. S. Mail, this Third day of May 2010 to Olufemi Hundogen, 51 North High Street, Columbus, Ohio 43215 and Nicole M. Paul, 51 North High Street, Columbus, Ohio 43215.

> /s/ Charles R. Hall, Jr.
> Charles R. Hall, Jr.,
> Counsel for Plaintiff
> Johnnie McCall